# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 14-33334M |
| Abimael Cesar Gomez-Lopez | Citizenship: MEXICO |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts: COUNT 1: On or about October 20, 2014, at or near Lukeville, Arizona, in the District of Arizona, Abimael Cesar GOMEZ-Lopez, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Del Rio, Texas, Intl Bridge on August 12, 2013, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326. COUNT 2: That on or about October 17, 2014, at or near Sasabe, Arizona, in the District of Arizona, Abimael Cesar GOMEZ-Lopez, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325.

Abimael Cesar GOMEZ-Lopez is a citizen of Mexico. On August 12, 2013, Abimael Cesar GOMEZ-Lopez was lawfully denied admission, excluded, deported, and removed from the United States through Del Rio, Texas, Intl Bridge . On October 20, 2014, agents found Abimael Cesar GOMEZ-Lopez in the United States at or near Lukeville, Arizona. Abimael Cesar GOMEZ-Lopez did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. Abimael Cesar GOMEZ-Lopez, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Abimael Cesar GOMEZ-Lopez admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on October 17, 2014, at or near Sasabe, Arizona.

File Date: 10/22/2014

at Tucson, Arizona

Jaime Torres, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 10/22/2014

**Bruce G. Macdonald**
**United States Magistrate Judge**

FBI Number: 58079TD0

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                CASE: 14-33334M

vs.

Abimael Cesar Gomez-Lopez

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Abimael Cesar Gomez-Lopez, was represented by counsel, Peter Matiatos (CJA).

The defendant pled guilty to Ct(s) 2 of the Complaint on 10/22/2014. Accordingly, Ct(s) 1 of the Complaint is dismissed and the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 10/17/2014 |

As pronounced on 10/22/2014, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of THIRTY (30) DAYS WITH CREDIT FOR TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Wednesday, October 22, 2014.

Bruce G. Macdonald
United States Magistrate Judge

Arresting Agency: TCA
FBI Number: 58079TD0

| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES |
|---|---|
| DISTRICT OF ARIZONA - TUCSON | |

Date: 10/22/2014    Case Number: 14-33334M

USA vs. **Abimael Cesar Gomez-Lopez**

U.S. MAGISTRATE JUDGE: BRUCE G. MACDONALD    Judge AO Code: 70BY
ASSIGNED U.S. Attorney: Christopher Lewis
INTERPRETER REQ'D: Beatriz Senor, Spanish
Attorney for Defendant: Peter Matiatos (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be    **Same**
[X] Petty Offense    [X] Date of Arrest:    **10/20/2014**
[X] Arr/Plea of Guilty entered as to Ct(s) 2 OF THE COMPLAINT [X] Ct(s) 1 OF THE COMPLAINT to be dismissed upon entry of judgment.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**THIRTY (30) DAYS WITH CREDIT FOR TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Pursuant to the plea agreement, there being no objection by the deft/atty for the defendant IT IS ORDERED that the Complaint/Ct(s) 1 be dismissed.
[X] Defendant advised of appeal rights.
[X] Waiver of right to appeal explained.

OTHER:    Peter Matiatos (CJA) is appointed as attorney of record for defendant.

Recorded by Courtsmart    COP: 1
BY: Beth Harper    Sent: 0
Deputy Clerk    IA: 0
Start: 1:30 PM Stop: 3:30 PM